UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: LARRY D. PERRYMAN &
ELLA LOUISE PERRYMAN

Debtors.
_____/

Case Number: 13-47436 WSD
Chapter 13
Judge SHAPERO

LARRY D. PERRYMAN &
ELLA LOUISE PERRYMAN

Plaintiffs,

v.

Adversary Case No. 13-

FIRST CONSUMER CREDIT, INC. AS
SUCCESSOR IN INTEREST TO
US REMODELERS, INC., AND ALL ASSIGNS,

Defendants.
_____/

### COMPLAINT TO DETERMINE THE EXTENT OF THE LIEN OF FIRST CONSUMER CREDIT, INC. AS SUCCESSOR IN INTEREST TO US REMODELERS, INC., AND ALL ASSIGNS

Now come Plaintiffs herein, Larry D. & Ella L. Perryman, by and through their Counsel, Acclaim Legal Services, PLLC, and move this Honorable Court as follows:

1. Jurisdiction of this matter is conferred on the court by 28 U.S.C. 1334(b).
2. This is a core proceeding pursuant to 28 U.S.C. 157(b)(2)(K).
3. Venue is proper pursuant to 28 U.S.C. 1409(b).
4. Plaintiffs filed a Chapter 13 Petition on April 11, 2013.
5. A Chapter 13 Plan was filed which proposed to strip the third lien of FIRST CONSUMER CREDIT, INC. AS SUCCESSOR IN INTEREST TO US REMODELERS, INC., AND ALL ASSIGNS (hereinafter "Defendant") from the collateral commonly known as 16600 Bramell, Detroit, MI 48219, treating its claim as wholly unsecured.
6. Chase has a first priority mortgage on the property.
7. PNC Bank has a second priority mortgage on the property.
8. Defendant(s) has a third priority lien on the above described real property, represented by a mortgage in the face amount of $7,830.00, dated February 27, 2004, and recorded April 5, 2004, in Liber 40402, Page 108 at the Wayne County Register of Deeds.
9. That 11 U.S.C. 506(a) allows a creditor to have a secured claim to the extent of the value of its interest in the estate's interest in the property, and an unsecured claim to the extent that its interest is less than the amount of its allowed secured claim.
10. The value of the Plaintiffs' interest in the collateral is approximately $ 35,000.00 (See Plaintiffs' schedule A, incorporated herein by reference).

11. The interest of the first mortgagee is approximately $ 41,566.00 (See Plaintiffs' schedule D, incorporated herein by reference).

12. The interest of the second mortgagee is approximately $ 10,801.00 (See Plaintiffs' schedule D, incorporated herein by reference).

13. There is no remaining interest in the estate's interest in the property to which the second priority lien of Defendant(s) can attach.

**WHEREFORE**, the Plaintiffs pray that this Court enter an Order as follows:

A. That a mortgage dated February 27, 2004, and recorded April 5, 2004, in Liber 40402, Page 108 at the Wayne County Register of Deeds, shall be stripped and discharged from the following described premises:

> Land situated in City of Detroit, County of Wayne, State of Michigan, described as:
>
> LOT 169, REDFORD HIGHLANDS SUBDIVISION, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN LIBER 33, PAGE 74 OF PLATS, WAYNE COUNTY RECORDS.
>
> Tax ID: 22117708
>
> Commonly known as: 16600 Bramell, Detroit, MI 48219

B. That upon discharge of the Plaintiffs' bankruptcy case, the Defendant(s) or subsequent assignee shall comply with L.B.R. 2015-5(a)(3)(A)(E.D.M.) and provide to the Plaintiffs a release, termination statement, discharge of mortgage, or other appropriate certificate suitable for recording.

C. That upon discharge of the Plaintiffs' bankruptcy case, the Order to Determine the Extent of a Lien Concerning Real Property may be recorded with the Register of Deeds to discharge the mortgage and release the lien held by Defendant(s) dated February 27, 2004, and recorded April 5, 2004, in Liber 40402, Page 108 at the Wayne County Register of Deeds.

D. That if the Plaintiffs fail to complete the Chapter 13 plan and obtain a Chapter 13 discharge order in the bankruptcy case, this Order does not affect the validity or enforceability of the Mortgage and may not be used in any subsequent bankruptcy case of the Plaintiffs either to compel the holder of the Mortgage to execute a discharge of the Mortgage, or to otherwise act as a discharge of the Mortgage.

Dated: May 1, 2013

/s/ Ryan F. Beach
Ryan F. Beach (P71022)
Attorney for Debtor
8900 E. 13 Mile Rd.
Warren, MI 48093
248-443-7033
filing@acclaimlegalservices.com