# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:  Chapter 13 No. 13-47436
Larry D. Perryman Sr. and
Ella Louise Perryman  Hon. Walter Shapero
          Debtors.
_____/

## OBJECTIONS TO CONFIRMATION

NOW COMES JPMorgan Chase Bank, National Association, by and through their attorneys, Trott & Trott, P.C., and hereby Objects to Confirmation as follows:

1. That Creditor is a holder of a mortgage on real property owned by the debtor(s) and located at 16600 Bramell St, Detroit, MI 48219-3754;

2. That the Debtor's Plan as proposed will not cure the arrearage within its stated terms as required by 11 U.S.C. Section 1322(b)(5) and 1325(a)(5);

3. That the Debtor's Plan of Reorganization proposes to pay Creditor a regular monthly payment of $543.88 directly;

4. That according to Creditor's records, Creditor must receive the regular monthly payment of $580.75 plus a pre-petition arrearage of $279.92 at the rate of at least $7.77 per month in order for the arrearage to be cured within a reasonable length of time, i.e., 36 months;

5. That the Debtor's proposed Plan of Reorganization understates the ongoing monthly mortgage payment;

6. That the Debtor's proposed Plan of Reorganization fails to list the pre-petition arrearage and the monthly payment on the pre-petition arrearage;

7. That the Debtor's Plan of Reorganization proposes to pay the mortgage payment directly but the mortgage is not current;

8. That if the Debtor is not proposing to pay the debt owed to Creditor, the Automatic Stay should be vacated so the Creditor may pursue collection activities;

**TROTT & TROTT, P.C.**
31440 NORTHWESTERN HWY
STE 200
FARMINGTON HILLS, MI
48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628

9. That as of the Bankruptcy filing date the loan was due for April 1, 2013;

10. That the debtor's proposed Plan of Reorganization is underfunded;

WHEREFORE, Creditor prays that Confirmation be denied.

                                                Respectfully Submitted,
                                                Trott & Trott, P.C.

Dated: June 11, 2013

                                                /S/ Crystal Price-Buckley (P69921)
                                                /S/ Laura M. Hawley (P71064)
                                                <u>/S/ Athena Aitas (P61824)</u>
                                                Attorney for JPMorgan Chase Bank,
                                                National Association
                                                31440 Northwestern Hwy Ste 200
                                                Farmington Hills, MI 48334-5422
                                                248.642.2515
                                                Email: EasternECF@trottlaw.com

T&T #181806B03

**TROTT & TROTT, P.C.**
31440 NORTHWESTERN HWY
STE 200
FARMINGTON HILLS, MI 48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628