B 10S2 (Supplement 2) (12/11)

# UNITED STATES BANKRUPTCY COURT
UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF MICHIGAN

In re Larry D. Perryman, Sr.; ;Ella Louise Perryman,
Debtor

Case No. 13-47436

Chapter 13

## Notice of Postpetition Mortgage Fees, Expenses, and Charges

If you hold a claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any postpetition fees, expenses and changes that you assert are recoverable against the debtor or against the debtor's principal residence. File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc

**Court claim no.** (if known): 17

**Last four digits** of any number you use to identify the debtor's account:  XXXX7123

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

[x] No
[ ] Yes. Date of late notice: _____
mm/dd/yyyy

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates Incurred | Amount |
|---|---|---|
| 1. Late charges | | (1) $0.00 |
| 2. Non-sufficient funds (NSF) fees | | (2) $0.00 |
| 3. Attorney fees | | (3) $0.00 |
| 4. Filing fees and court courts | | (4) $0.00 |
| 5. Bankruptcy/Proof of claim fees | | (5) $0.00 |
| 6. Appraisal/ Broker's price opinion fees | | (6) $0.00 |
| 7. Property inspection fees | 10/23/2014, 11/13/2014, 12/04/2014, 01/02/2015, 01/22/2015 | (7) $150.00 |
| 8. Tax advances (non-escrow) | | (8) $0.00 |
| 9. Insurance advances (non-escrow) | | (9) $0.00 |
| 10. Property preservation expenses. Specify: | | (10) $0.00 |
| 11. Other. Specify: | | (11) $0.00 |
| 12. Other. Specify: | | (12) $0.00 |
| 13. Other. Specify: | | (13) $ |
| 14. Other. Specify: | | (14) $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. 1322 (b) (5) and Bankruptcy Rule 3002.1.

B 10S2 (Supplement 2) (12/11)
B 10S2 (Supplement 2) (12/11)

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

[ ] I am the creditor.
[x] I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

X _____/s/ Lisa Singer_____  Date March 25, 2015
Signature

Print: Lisa Singer                                          Title Authorized Agent
       First Name    Middle Name    Last Name

Company  Rosicki, Rosicki & Associates, P.C.

Address  51 E. Bethpage Road
         Number            Street
         Plainview         NY         11803
         City              State      ZIP Code

Contact phone  (516) 741-2585                  Email  lsinger@rosicki.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
-------------------------------------------------------------------xx

In re Larry D. Perryman, Sr.; ;Ella Louise Perryman ,    Case No. 13-47436

-------------------------------------------------------------------xx

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges has been served by Electronic Case Filing on the following parties:

William D. Johnson, Esq.
Debtor's Attorney

Tammy L. Terry, Esq.
Chapter 13 Trustee

I hereby certify that a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges has been served by first class mail on the following parties:

Larry D. Perryman, Sr.;
16600 Bramell
Detroit, MI 48219

Ella Louise Perryman
16600 Bramell
Detroit, MI 48219

March 27, 2015

_____
Arzoo Mamoor