UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:  **LARRY D. PERRYMAN, SR**
        **ELLA LOUISE PERRYMAN**      Case Number: 13-47436-MLO
                                              Chapter 13
Debtors.                                        Judge OXHOLM

_____

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Rd.
Warren, MI 48093
(248) 443-7033
_____/

## PROPOSED CHAPTER 13 PLAN MODIFICATION

Debtors propose to modify the confirmed Plan pursuant to LBR 3015-2(b) as follows:

- Debtors' will remit a payment in the amount of $240.00 monthly over the next six months for the soul purpose of paying in their 2013 Income Tax refund in the amount of $715.00 and their 2014 Income Tax Refund in the amount of $692.00.

Debtor's plan was confirmed on March 28, 2014. Pursuant to the Order Confirming Plan Debtor's are required to pay in 100% of tax refunds into the plan during the plan duration. Debtors plan is a 48 month plan which expired on March 28, 2018. At the time of expiration debtors were 100% paid in plan payments, however, debtors failed to pay their 2013 and 2014 tax refunds into the plan. The modification is necessary to allow Debtor's to remit sums sufficient to account for the 2013 and 2014 tax refunds to the Trustee. Debtor's calculate that by remitting $240.00 per month for the next six months, debtor's will satisfy this remaining obligation per the terms of the confirmed plan.

Following is the effect of this modification on the following classes:
Class One: no adverse impact.
Class Two: no adverse impact.
Class Three: n/a
Class Four: no adverse impact.
Class Five: n/a
Class Six: no adverse impact.
Class Seven: n/a
Class Eight: n/a
Class Nine: no adverse impact

Dated: September 13, 2018         /s/ William D. Johnson
                                  WILLIAM D. JOHNSON (P54823)
                                  Acclaim Legal Services, PLLC
                                  8900 E. 13 Mile Road
                                  Warren, MI 48093
                                  (248) 443-7033
                                  filing@acclaimlegalservices.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: **LARRY D. PERRYMAN, SR**
**ELLA LOUISE PERRYMAN**

Case Number: 13-47436-MLO
Chapter 13
Judge OXHOLM

Debtors.

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Rd.
Warren, MI 48093
(248) 443-7033

/

## PROPOSED ORDER MODIFYING CHAPTER 13 PLAN

This matter having come before the Court upon Debtor's Notice of Proposed Chapter 13 Plan Modification, no objections having been filed, a certificate of no objection having been filed, and the Court being otherwise fully advised on the premises;

IT IS HEREBY ORDERED that the following modifications to the Chapter 13 Plan are hereby effective:

- Debtors' will remit a payment in the amount of $240.00 monthly over the next six months for the soul purpose of paying in their 2013 Income Tax refund in the amount of $715.00 and their 2014 Income Tax Refund in the amount of $692.00.

IT IS FURTHER ORDERED that in all other respects the confirmed Plan, as last modified, remains in full force and effect.

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: **LARRY D. PERRYMAN, SR**
       **ELLA LOUISE PERRYMAN**

Case Number: 13-47436-MLO
Chapter 13
Judge OXHOLM

Debtors.
_____

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Rd.
Warren, MI 48093
(248) 443-7033
_____/

### Notice of Deadline to Object to Proposed Chapter 13 Plan Modification

The deadline to file an objection to the attached proposed Chapter 13 Plan Modification is 21 days after service.

If no timely objection is filed, the proponent of the Plan Modification may file a certificate of no objection and an order and the modified Plan will then become effective.

If a timely objection is filed, the Court will set the matter for hearing and give notice of the hearing to the Debtor, the proponent of the Plan Modification, the Trustee and any objecting parties. In that event, the Plan Modification will become effective when the Court enters an order overruling or resolving all objections.

Objections to the attached proposed Chapter 13 Plan Modification shall be served on the following:

    Tammy L. Terry, Chapter 13 Trustee
    535 Griswold, Suite 2100
    Detroit, MI 48226

Dated: September 13, 2018

/s/ William D. Johnson
WILLIAM D. JOHNSON (P54823)
Acclaim Legal Services, PLLC
8900 E. 13 Mile Road
Warren, MI 48093
(248) 443-7033
filing@acclaimlegalservices.com

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

IN RE: **LARRY D. PERRYMAN, SR**
       **ELLA LOUISE PERRYMAN**

Debtors.

Case Number: 13-47436-MLO
Chapter 13
Judge OXHOLM

_____

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Rd.
Warren, MI 48093
(248) 443-7033

_____/

### PROOF OF SERVICE

LEANNA B. SIKES, hereby certifies that on September 13, 2018 she served a copy of the following documents electronically or by the United States Postal Service:

- Notice of Proposed Post-Confirmation Modification
- Proposed Order
- Proof of Service

upon:

    Tammy L. Terry, Chapter 13 Trustee
    535 Griswold, Suite 2100
    Detroit, MI 48226

    All parties on the attached Matrix

Dated: September 13, 2018

/s/ Leanna B. Sikes
Leanna B.Sikes
Acclaim Legal Services, PLLC
8900 E. 13 Mile Road
Warren, MI 48093
(248) 443-7033
filing@acclaimlegalservices.com

**BSS** Bankruptcy Software Specialists **13Network**

ACCLAIM LEGAL SERVICES  Case Query   Calendar

PROFILE | PARTIES | PAY SCHEDS | PAYEES | FINANCIALS | PLAN CALC 1 | MATTERS |

Enter Case Number, Name, Social Security Number, or @1st Address Line: 1842829   Go   LogOut Now

Recently Accessed Cases: 13-47436-MLO Larry D. Perryman, Sr.

**13-47436-MLO** Larry D. Perryman, Sr. (xxx-xx-3384)  16600 Bramell • • Detroit • MI • 48219
Ella Louise Perryman (xxx-xx-4539)  16600 Bramell • • Detroit • MI • 48219
Trustee: Tammy L. Terry  Attorney: ACCLAIM LEGAL SERVICES

$550.00 MO/ Bar Date(s): 8/19/2013 (has passed) 10/8/2013 (has passed)
Confirmed: 3/28/2014
Case Status: Active, Open Case

The data on these pages has not been audited and is provided for general information only.

54 Month(s) since Confirmation  UP = $0.00  TPI = $30,727.55  TPILR = $30,727.55  BOH = $1,666.82  BOH+FEES = $1,811.76

| Line | Name | Claimed Amount | Mortgage Due | Coll / Value | Interest Rate | Monthly Payment | To Be Paid | Mo |
|---|---|---|---|---|---|---|---|---|
| | **ATTORNEY FEE** | | | | | | | |
| 1 | ACCLAIM LEGAL SERVICES | $12,517.23 | | | | | | |
| | **A-ARREARS** | | | | | | | |
| 2 | ADDED CREDITOR | $1,000.00 | | $1,000.00 | | | $1,000.00 | |
| 3 | ADDED CREDITOR | | | | | | | |
| | **E-LEASE** | | | | | | | |
| 4 | ADDED CREDITOR | | | | | | | |
| | **F-ADM EXP CLAIM** | | | | | | | |
| 5 | ADDED CREDITOR | | | | | | | |
| | **G-CONTINUING Lease, Secured or Vehicle** | | | | | | | |
| 6 | ADDED CREDITOR | | | | | | | |
| 7 | ADDED CREDITOR | | | | | | | |
| | **LEASE or SECURED GAP** | | | | | | | |
| 8 | ADDED CREDITOR | | | | | | | |
| | **M-MORTGAGE** | | | | | | | |
| 9 | ADDED CREDITOR | | | | | | | |
| 10 | ADDED CREDITOR | | | | | | | |
| | **P-PRIORITY** | | | | | | | |
| 11 | ADDED CREDITOR | | | | | | | |
| 12 | ADDED CREDITOR | | | | | | | |
| | **S-SECURED** | | | | | | | |
| 13 | Quantum3 Group LLC as agent for | $100.00 | | | | | | |
| 14 | ADDED CREDITOR | | | | | | | |
| 15 | ADDED CREDITOR | | | | | | | |
| | **V- VEHICLE** | | | | | | | |
| 16 | ADDED CREDITOR | | | | | | | |
| 17 | ADDED CREDITOR | | | | | | | |
| | **NO CLAIM FILED * Secured** | | | | | | | |
| 18 | Fortis Capital | $2,559.00 | | | | | | |
| | **WATER BILL** | | | | | | | |
| 19 | Detroit Water & Sewerage Department | $1,066.78 | | | | | | |
| 20 | ADDED CREDITOR | | | | | | | |
| | **ASSOCIATION DUES CONTINUING** | | | | | | | |
| 21 | ADDED CREDITOR | | | | | | | |
| 22 | ADDED CREDITOR | | | | | | | |
| | **POST PET MORT FEE, EXP, CHRG SUPPL 2** | | | | | | | |
| 23 | PNC BANK | $1,659.83 | | $1,659.83 | | | $1,659.83 | |
| | **SECURED CLASS 5.1 EMPmts** | | | | | | | |
| 24 | ADDED CREDITOR | | | | | | | |
| 25 | ADDED CREDITOR | | | | | | | |
| | **VEHICLE CLASS 5.1 EMPmts** | | | | | | | |
| 26 | ADDED CREDITOR | | | | | | | |
| 27 | ADDED CREDITOR | | | | | | | |
| | **WATER CLASS 5.1 EMPmts** | | | | | | | |
| 28 | ADDED CREDITOR | | | | | | | |
| 29 | ADDED CREDITOR | | | | | | | |
| | **TAXES CLASS 5.1 EMPmts** | | | | | | | |
| 30 | ADDED CREDITOR | | | | | | | |
| 31 | ADDED CREDITOR | | | | | | | |
| | **MORTGAGE ESCROW CONTINUING** | | | | | | | |
| 32 | ADDED CREDITOR | | | | | | | |
| 33 | ADDED CREDITOR | | | | | | | |
| | **ARREARS * REVERSE MORTGAGE** | | | | | | | |
| 34 | ADDED CREDITOR | | | | | | | |
| 35 | ADDED CREDITOR | | | | | | | |
| | **SECURED CLASS 5.3 EMPmts** | | | | | | | |
| 36 | ADDED CREDITOR | | | | | | | |
| 37 | ADDED CREDITOR | | | | | | | |
| | **NTIS ARREARS** | | | | | | | |
| 38 | ADDED CREDITOR | | | | | | | |
| 39 | ADDED CREDITOR | | | | | | | |
| | **All Unsecured Creditors** | **Total Unsecured** | | | **Percent Allowed** | | **Amount Allowed** | |
| 40 | | 7423.33 | | | 0 | | | |

Change Line# 0  OK    Plan Terms 6  Calc    Unsecured % 0  Calc    Due to Creditors: $0.00   $2,891.12
Restart                                                                                    In from Debtor:   $240.00   $3,106.00

Trustee's % 8

| Debtor 1 Pay Schedules | | | | | Debtor 2 Pay Schedules | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Who's Paying | Amount | Schedule | Upd | Calc | Who's Paying | Amount | Schedule | Upd | Calc |
| ZIP MAIL SERVIC | $240.00 | MONTHLY | $ | ? | Ella Louise Per | $0.00 | WEEKLY | $ | ? |
| Larry D. Perrym | $0.00 | WEEKLY | $ | ? | | | | | |

Lump Sum $ 1,666.00
Delete Line 0  OK

Tammy L. Terry - Detroit, MI          Your Chapter 13 Information Management System          ©2004 BSS LLC

## ATTACHMENT 1

### LIQUIDATION ANALYSIS AND STATEMENT OF VALUE OF ENCUMBERED PROPERTY

| TYPE OF PROPERTY | FAIR MARKET VALUE | LIENS | DEBTOR'S SHARE OF EQUITY | EXEMPT AMOUNT | NON-EXEMPT AMOUNT |
|---|---|---|---|---|---|
| PERSONAL RESIDENCE | 35,000.00 | 61,623.15 | 0.00 | 0.00 | 0.00 |
| REAL ESTATE OTHER THAN PERSONAL RESIDENCE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| HHG/PERSONAL EFFECTS | 4,650.00 | 4,444.15 | 4,500.00 | 4,500.00 | 0.00 |
| JEWELRY | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CASH/BANK ACCOUNTS | 300.00 | 0.00 | 300.00 | 300.00 | 0.00 |
| VEHICLES | 7,000.00 | 7,591.79 | 4,000.00 | 4,000.00 | 0.00 |
| OTHER (itemize) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Amount available upon liquidation $ 0.00

Less administrative expenses and costs $ 0.00

Less priority claims $ 0.00

Amount Available in Chapter 7 $ 0.00

Chapter 13 Model Plan - version 3.0

7

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

13-47436-mlo    Doc 63    Filed 10/31/13    Entered 10/31/13 11:45:31    Page 7 of 8
13-47436-mlo    Doc 161    Filed 09/13/18    Entered 09/13/18 16:35:38    Page 7 of 11

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0645-2<br>Case 13-47436-mlo<br>Eastern District of Michigan<br>Detroit<br>Thu Sep 13 15:25:36 EDT 2018 | 36th District Court<br>Case No. 06-162178<br>421 Madison Court<br>Detroit, MI 48226-2358 | AT&T<br>PO Box 9001309<br>Louisville, KY 40290-1309 |
| AT&T Mobility II LLC<br>%AT&T SERVICES INC.<br>KAREN A. CAVAGNARO - PARALEGAL<br>ONE AT&T WAY, ROOM 3A 231<br>BEDMINSTER, NJ. 07921-2693 | Action Card<br>PO Box 2394<br>Omaha, NE 68103-2394 | Ahm<br>2170 Point Blvd<br>Elgin, IL 60123-7885 |
| Alliance One Receivable Management<br>1160 Centre Point Drive<br>Suite 1<br>Saint Paul, MN 55120-1377 | (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 | Arrow Financial<br>885 S. Jaynesville<br>Whitewater, WI 53190-2526 |
| Arrow Financial Services<br>5996 W. Touhy Ave<br>Niles, IL 60714-4610 | Aspire<br>PO Box 105555<br>Atlanta, GA 30348-5555 | Atlantic Credit & Finance Incorporated<br>P.O. Box 13386<br>Roanoke, VA 24033-3386 |
| Bay Finance<br>PO Box 844<br>Wausau, WI 54402-0844 | Board of Water Commissioners<br>City of Detroit<br>PO Box 32711<br>Detroit, MI 48232-0711 | Cap One<br>26525 N Riverwoods Blvd<br>Mettawa, IL 60045-3440 |
| Cap One<br>Po Box 85064<br>Glen Allen, VA 23058 | Capital Management<br>726 Exchange Street, Suite 700<br>Buffalo, NY 14210-1464 | Capital One<br>PO Box 30285<br>City Of Industry, CA 91716 |
| Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Chase<br>Po Box 24696<br>Columbus, OH 43224-0696 | Cingular Wireless<br>PO Box 6416<br>Carol Stream, IL 60197-6416 |
| Cingular Wireless<br>PO Box 660732<br>Dallas, TX 75266-0732 | Citibank<br>PO Box 6005<br>Sioux Falls, SD 57117-6005 | Credit Collection Services<br>Two Wells Avenue<br>Newton Center, MA 02459-3246 |
| Credit One Bank<br>Po Box 98875<br>Las Vegas, NV 89193-8875 | Creditors Financial Group<br>PO Box 440290<br>Aurora, CO 80044-1500 | Direct Merchants Bank<br>Cardmember Services<br>P.O. Box 21550<br>Tulsa, OK 74121 |
| Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850-5316 | Shawn C. Drummond<br>31440 Northwestern Highway<br>Suite 200<br>Farmington Hills, MI 48334-5422 |

| | | |
|---|---|---|
| East Bay Funding, LLC<br>c/o Resurgent Capital Services<br>PO Box 288<br>Greenville, SC 29602-0288 | East Bay Funding, LLC its successors and ass<br>as assignee of B-Real, LLC<br>Resurgent Capital Services<br>PO Box 288<br>Greenville, SC 29602-0288 | East Bay Funding, LLC its successors and ass<br>as assignee of Roundup Funding L.L.C.<br>Resurgent Capital Services<br>PO Box 288<br>Greenville, SC 29602-0288 |
| Enhanced Recovery Co (Original Creditor:<br>8014 Bayberry Rd<br>Jacksonville, FL 32256-7412 | FCC Finance, LLC<br>PO Box 795489<br>Dallas, TX 75379-5489 | Federal National Mortgage Association<br>PO Box 2008 Grand Rapids, MI 49501-2008 |
| Federal National Mortgage Association c/o Se<br>PO Box 1077<br>Hartford, CT 06143-1077 | First Consumer Credit, Inc.<br>405 State Highway 121 Bypass<br>Building A, Suite 250<br>Lewisville, TX 75067-8214 | Marcy J. Ford<br>31440 Northwestern Highway<br>Suite 200<br>Farmington Hills, MI 48334-5422 |
| Fortis Capital<br>c/o ARS<br>1845 Hwy 93 South<br>Ste. 310<br>Kalispell, MT 59901-5721 | GE Money Bank<br>C/O Mary Jane Elliot, P.C.<br>24300 Karim Blvd.<br>Novi, MI 48375-2942 | GE Money Bank<br>P.O. Box 103104<br>Roswell, GA 30076-9104 |
| Henry Ford Health Systems<br>PO Box 55000<br>Detroit, MI 48255-0001 | Henry Ford Hospital<br>2799 West Grand Blvd<br>Detroit, MI 48202-2689 | Hilco Receivables, LLC<br>5 Revere Drive<br>Suite 415<br>Northbrook, IL 60062-1570 |
| Household Finance<br>PO Box 4153<br>Carol Stream, IL 60197-4153 | Hsbc Bank<br>Po Box 5253<br>Carol Stream, IL 60197-5253 | Hsbc/Nautl<br>90 Christiana Rd<br>New Castle, DE 19720-3118 |
| JPMorgan Chase Bank, National Association<br>Mail Code OH4-7142<br>3415 Vision Dr<br>Columbus, OH 43219-6009 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | John P. Frye, PC<br>PO Box 13665<br>Roanoke, VA 24036-3665 |
| William D. Johnson<br>Acclaim Legal Services<br>8900 E. 13 Mile Rd.<br>Warren, MI 48093-2206 | LVNV Funding LLC<br>P.O. Box 740281<br>Houston, TX 77274-0281 | Mary Jane M. Elliott, PC<br>24300 Karim Blvd.<br>Case No. 06-162178<br>Novi, MI 48375-2942 |
| Michigan Bell Telephone Company<br>% AT&T Services, Inc<br>Karen Cavagnaro, Paralegal<br>One AT&T Way, Room 3A231<br>Bedminster, NJ 07921-2693 | Midland Credit Management<br>Dept. 8870<br>Los Angeles, CA 90084-8870 | Midland Funding MCC 1 Corp<br>c/o Mary Jane M Elliott PC<br>24300 Karim Blvd<br>Novi, MI 48375-2942 |
| NCO Financial<br>507 Prudential Rd.<br>Horsham, PA 19044-2308 | National City<br>Card Services<br>PO Box 500<br>Kalamazoo, MI 49004-0500 | Nations Recovery Center, Inc.<br>6491 Peachtree Industrial Blvd.<br>Atlanta, GA 30360-2100 |

| | | |
|---|---|---|
| Nautilus<br>c/o Retail Servies<br>PO Box 703<br>Wood Dale, IL 60191-0703 | Oxford Management Services<br>PO Box 1991<br>Southgate, MI 48195-0991 | PNC BANK<br>PO BOX 94982<br>CLEVELAND, OH 44101-4982 |
| PNC Bank<br>1 Financial Pkwy<br>Kalamazoo, MI 49009-8002 | PNC Bank<br>Payment Processing Center - 27<br>PO Box 55126<br>Boston, MA 02205-5126 | Ella Louise Perryman<br>16600 Bramell<br>Detroit, MI 48219-3754 |
| Larry D. Perryman Sr.<br>16600 Bramell<br>Detroit, MI 48219-3754 | Philips & Cohen Associates<br>258 Chapman Road<br>Suite 205<br>Newark, DE 19702-5444 | Pnc Bank, N.A.<br>1 Financial Pkwy<br>Kalamazoo, MI 49009-8002 |
| Portfolio<br>120 Corporate Blvd, Ste 100<br>Norfolk, VA 23502-4952 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Crystal L. Price-Buckley<br>31440 Northwestern Highway<br>Suite 200<br>Farmington Hills, MI 48334-5422 |
| Quantum3 Group LLC as agent for<br>Bay Finance Company LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Brian D. Rodriguez<br>8900 E. 13 Mile Road<br>Warren, MI 48093-2206 | Roselawn Collision, Inc.<br>9370 Roselawn St.<br>Detroit, MI 48204-2749 |
| Karen L. Rowse-Oberle<br>24525 Harper Ave.<br>Suite Two<br>St. Clair Shores, MI 48080-1286 | Sears Gold Mastercard<br>PO Box 6922<br>The Lakes, NV 88901-6922 | Tammy L. Terry<br>Buhl Building<br>535 Griswold<br>Suite 2100<br>Detroit, MI 48226-3681 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| American Honda Finance Corp.<br>PO Box 5308<br>Elgin, IL 60121 | (d)American Honda Finance Corporation<br>National Bankruptcy Center<br>P.O. Box 168088<br>Irving, TX 75016-8088<br>866-716-6444 | Jefferson Capital Systems LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-9617 |
| Portfolio Recovery Associates<br>PO Box 41067<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Federal National Mortgage Association (Fan    (u)JPMorgan Chase Bank, N.A.    (u)PNC Bank, N.A.


End of Label Matrix
Mailable recipients    77
Bypassed recipients     3
Total                  80